UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION


**RICHARD HAYESLIP,**

    **Plaintiff,**

**V.**                                                                     Cv. No. 11-2323-Ma

**MERCURY PRINTING, LLC and
CONSOLIDATED GRAPHIC
SERVICES, INC.,**

    **Defendants.**


# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice in accordance with the Order of Dismissal, docketed July 26, 2012.  Each party shall bear its own costs and attorneys' fees.


**APPROVED:**


 *s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE


| *July 26, 2012* | THOMAS M. GOULD |
|---|---|
| DATE | CLERK |
| | *s/  Jean Lee* |
| | (By) DEPUTY CLERK |